**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 22-220 (TSC)** |
| | : | |
| **MARVIN SMITH,** | : | |
| | : | |
| Defendant. | : | |

## VERDICT FORM

As to the charge of unlawful possession of a firearm and ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, we the jury find the defendant:

_____ Not Guilty          \_\_\_\_X\_\_\_\_\_ Guilty

_____
Foreperson Signature / Juror Number

Date: \_\_12 / 16 / 2022\_\_

5